## Rocky W. ARNOLD *v.* STATE of Arkansas

CR 96-885                                          926 S.W.2d 665

### Supreme Court of Arkansas
### Opinion delivered September 9, 1996

*Keith Watkins*, for appellant.

No response.

PER CURIAM. Appellant, Rocky W. Arnold, by his attorney, Keith Watkins, has filed a motion for a rule on the clerk. Mr. Watkins admits by motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). The motion is therefore granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.